UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONYA MORRIS,

           Plaintiff,

    v.

FORD MOTOR COMPANY; and
BUDGET RENT A CAR SYSTEM, INC.,

           Defendants.
_____/

NO. CIV. S-03-2294 LKK/GGH

O R D E R

    The court is in receipt of the joint request to continue the Pretrial Conference. Good cause appearing, the Pretrial Conference is CONTINUED to December 19, 2005 at 1:30 p.m. The parties are directed to re-file their pretrial statements ten (10) days prior to the Pretrial Conference.

////

////

////

////

1

1   Given the change in dates, trial currently set for January 10,
2   2006 is vacated.  Trial will be reset at the Pretrial Conference.
3   IT IS SO ORDERED.
4   DATED:  October 26, 2005.
5                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
6                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26