UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MORRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1 THROUGH 40, inclusive,<br><br>　　　　Defendants. | Case No. CIV.S-03-2294 LKK GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[RULE 41(a)(1), Fed. R. Civ. P.]** |

　　　　Pursuant to a settlement agreement and the execution of a General Release Agreement between all parties in this matter, Plaintiff TONYA MORRIS, and Defendants BUDGET RENT A CAR SYSTEM, INC., and FORD MOTOR COMPANY, by and through their respective attorneys of record, hereby agree and stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court may dismiss this matter WITH PREJUDICE, all parties bearing their own attorneys' fees and costs.

　　　　IT IS SO STIPULATED:

Date: March ____, 2006                         SHOOK, HARDY & BACON L.L.P.


                                               By /signature on original
                                                     H. GRANT LAW


                                               Attorneys for Defendant
                                               FORD MOTOR COMPANY & BUDGET
                                               RENT A CAR SYSTEM, INC.


Date: March _____, 2006                        LAW OFFICES OF JAMES A. ZITO


                                               By: /signature on original
                                                     JAMES A. ZITO

                                               Attorney for TONYA MORRIS


### [PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is HEREBY DISMISSED WITH PREJUDICE, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: March 24, 2006              /s/Lawrence K. Karlton
                                   Lawrence K. Karlton
                                   Senior Judge